## STATEMENT OF FACTS

On October 2, 2014, at approximately 1915 hours, members of the Metropolitan Police Department's Sixth District received a radio assignment for an assault with a dangerous weapon (gun) at an address in Northeast, Washington, D.C. Officers responded to the location but neither the complainant nor the suspect was present.

During a canvas of the area, in the 500 block of 36th Street, Northeast, MPD officers were flagged down by defendant Markelle Seth, age 20. The defendant told Officer Jonathan Nelson and Officer James White that he had been in an argument with his sister-in-law's brother over some "he said, she said bullshit." The defendant said that his sister-in-law's brother pointed a gun at him and hit him in the back of the head with a gun. The defendant did not have any visible injuries. During this initial interview of the defendant, Officer Nelson noticed the defendant attempting to manipulate and look at his phone multiple times.

While on the scene, MPD members were approached by the reporting person (R-1) and four minor children. R-1 told the MPD members that a witness called R-1 and informed R-1 that two minor victims had reported that the defendant had touched their private parts.

While R-1 was being interviewed by a detective, Minor Victim 1, a male child age 5, asked Officer White if he could tell him something. Minor Victim 1 then reported to Officer White that when the defendant was watching Minor Victim 1 and Minor Victim 2, a female child age 3, the defendant came upstairs with his pants down and his private parts out. Minor Victim 1 reported that the defendant made Minor Victim 2 lick or suck the defendant's private parts.

After interviewing the defendant, Detective Smith informed Officer Nelson that the defendant may be a suspect in a juvenile sex abuse case. Officer Nelson walked back to the defendant and again noticed that the defendant was manipulating his phone and appeared to be tapping the screen. Officer Nelson asked the defendant for his cell phone, and the defendant handed the phone to him. The phone was on and unlocked. When Officer Nelson took the phone from the defendant, he noticed that the photos application was open. Officer Nelson gave the phone to Detective Smith. Officer Nelson asked the defendant again what the argument was about and the defendant said, "They think I'm touching their kids." The defendant was handcuffed and detained until Youth Division detectives arrived.

Minor Victims 1 and 2 were interviewed by Youth Division Investigator Myo Kyaw on October 2, 2014. At approximately 2100 hours, Minor Victim 1 reported that while watching television, the defendant pulled his own pants down and had Minor Victim 2 suck the defendant's private parts. Minor Victim 1 further stated that the defendant video recorded Minor Victim 2 sucking his private part with the defendant's cellular phone. Minor Victim 1 said, "He

1

did that a lot of times." Minor Victim 1 also reported that the defendant had him (Minor Victim 1) suck the defendant's private parts sometimes. Minor Victim 1 said that the defendant lives with them at their home. Minor Victim 1 said that he saw "white stuff" come out of the defendant's private parts.

At approximately 2110 hours, Minor Victim 2 reported that the defendant pulled down his own pants and had Minor Victim 1 suck on the defendant's private parts. Minor Victim 2 said that the defendant recorded it with his cellular telephone. Minor Victim 2 said that the defendant lives with them at their home. Minor Victim 2 said that she saw "yellow stuff" come out of the defendant's private parts.

That evening, a show-up was conducted with each of the minor victims. At approximately 2152 hours, Minor Victim 1 was brought to the location where the defendant had been stopped. Minor Victim 1 positively identified the defendant saying, "That's Uncle Babyface, his real name is Markelle Seth." At approximately 2205 hours, Minor Victim 2 positively identified the defendant saying, "That Uncle Babyface. He have [Minor Victim 1] suck his private part."

The defendant was placed under arrest and transported to the Sixth District for processing. The defendant was interviewed by Youth Division Investigators Kyaw and Rosnick. During the interview, the defendant talked about the family of Minor Victims 1 and 2 accusing him of touching the minor victims inappropriately and hitting them. The defendant stated, "I don't know about touching them, but I never hit the kids."

Minor Victim 1 was forensically interviewed on October 3, 2014. Minor Victim 1 disclosed that the defendant made him and his sister, Minor Victim 2, suck on the defendant's penis.

Minor Victim 2 was forensically interviewed on October 3, 2014. Minor Victim 2 disclosed that the defendant made her brother, Minor Victim 1, suck the defendant's penis.

On October 3, 2014, investigators obtained a search and seizure warrant from the Superior Court of the District of Columbia for two cell phones that were seized from the defendant's person: an LG VM 720, and a Samsung SPHM 390. United States Attorney's Office Criminal Investigator John Marsh forensically examined the cell phones. On a 32 GB SD card in the LG cell phone, Investigator Marsh observed five files depicting child pornography.

In the digital camera image folder, Investigator Marsh located three videos of interest that had been deleted. The file names of each video indicated that they were taken using the LG cell phone.

- The first video was 41 seconds long and depicted an adult male penetrating the mouth of Minor Victim 1 with his penis. The file created date/time were October 2, 2014, at 4:45:10 pm.
- The second video was 39 seconds long and depicted an adult male penetrating the mouth of Minor Victim 1 with his penis. The file created date/time were October 2, 2014, at 4:45:53 pm.
- The third video was 13 seconds long and depicted an adult male penetrating the mouth of Minor Victim 2 with his penis. The file created date/time were October 2, 2014, at 4:46:27 pm.

In the downloads folder, Investigator Marsh located three still images of interest that had been deleted. The file names of each image indicated that they were taken using the LG cell phone.

- The first photograph depicts a young female, approximately 18 months old, leaning against a bed. The child's diaper or underwear has been pulled down, exposing her vagina. The child is not wearing a shirt, and the top of her forehead is cut off. The file created date/time were September 18, 2014, at 8:36:51 am.
- The second photograph depicts a young female, approximately 18 months old, posed on her back with her legs in the air, exposing her vagina and anus. The child's face is not visible. The file created date/time were September 18, 2014, at 8:36:51 am.
- The third photograph depicts a young child facing a bed with buttocks exposed. The file created date/time were September 18, 2014, at 8:36:51 am.

In addition, in the pictures folder, Investigator Marsh located a file that had been deleted and overwritten. The title of the file was "half-naked-kids-ready-for-their-bath_photo.jpg."

_____
Investigator Myo Kyaw
Metropolitan Police Department

Sworn and subscribed to before me this \_\_th day of October, 2014.

_____
United States Magistrate Judge